UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YVONNE FROST,<br><br>                    Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK (HRA); UNITED STATES SD COURT; ST. PETER'S LUTHERAN CHURCH; BROADWAY COMMUNITY LUNCH PROGRAM,<br><br>                    Defendants. | 20-CV-1249 (CM)<br><br>ORDER OF DISMISSAL<br>UNDER 28 U.S.C. § 1651 |

COLLEEN McMAHON, Chief United States District Judge:

On November 7, 2019, the Court barred Plaintiff from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Frost v. City of New York (HRA)*, ECF 1:19-CV-8936, 6 (S.D.N.Y. Nov. 7, 2019). Plaintiff files this new *pro se* case seeking to proceed IFP. Because Plaintiff has not sought leave from the Court to file this action, the Court dismisses the action without prejudice for Plaintiff's failure to comply with the November 7, 2019 order.

The Clerk of Court is directed to transmit a copy of this order to Plaintiff and note service on the docket.[1] The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: February 13, 2020
        New York, New York

                                                 COLLEEN McMAHON
                                                 Chief United States District Judge

---

[1] Plaintiff has consented to receive electronic service of Court filings. (ECF No. 3.)